**Order entered November 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00927-CV

**PROPHET EQUITY LP AND ROSS GATLIN, Appellant**

**V.**

**TWIN CITY FIRE INSURANCE COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12313**

## ORDER

Appellee's unopposed motion to seal oral argument exhibit is **DENIED**. The Court will

destroy the exhibit distributed at oral argument as agreed to by the parties.


/s/  DAVID L. BRIDGES
    PRESIDING JUSTICE